1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LEXI NEGIN, Bar # 250376
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JENNIFER LYNN MACDOUGAL

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. CR-S-11-339 WBS
                                       )
12                Plaintiff,           )
                                       )   **STIPULATION AND [~~PROPOSED~~] ORDER TO**
13        v.                           )   **CONTINUE STATUS CONFERENCE AND TO**
                                       )   **EXCLUDE TIME**
14  JENNIFER LYNN MACDOUGAL,           )
                                       )   Date:   November 7, 2011
15                Defendant.           )   Time:   8:30 a.m.
                                       )   Judge:  William B. Shubb     .
16  _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, and Lexi Negin, Assistant Federal

19  Defender, attorney for Defendant, JENNIFER LYNN MACDOUGAL, that the status conference hearing date

20  of Monday, August 29, 2011, be vacated and a new status conference hearing date of Monday, November 7,

21  2011, at 8:30 a.m., be set.

22        The reason for this continuance is because additional time is needed for defense preparation and

23  meetings between the parties with the goal being to resolve the case by way of a disposition.  In addition, Mr.

24  Hitt is out of the office on paternity leave through September 6, 2011.

25        It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

26  date of the signing of this order through and including November 7, 2011, pursuant to 18 U.S.C.

27  ///

28  ///

1   §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

2   by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

3

4   Dated:  August 23, 2011

    Respectfully submitted,

5   DANIEL J. BRODERICK
    Federal Defender

6

7   */s/ Lexi Negin*
    LEXI NEGIN
    Assistant Federal Defender

8   Attorney for Defendant
    JENNIFER LYNN MACDOUGAL

9

10  Dated:  August 23, 2011

    BENJAMIN B. WAGNER
    United States Attorney

11

12  */s/ Lexi Negin for*
    JASON HITT
    Assistant U.S. Attorney

13  Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 24, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, August 29, 2011, be vacated and that the case be set for **Monday, November 7, 2011, at 8:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 7, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  August 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3