DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER LYNN MACDOUGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUWAYNE LEDOUX, ) <br> JENNIFER LYNN MACDOUGAL ) <br> ) <br> Defendant. ) <br> ) | NO. CR-S-11-339 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date:  January 9, 2012 <br> Time:  9:30 a.m. <br> Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, John Manning attorney for defendant Duwayne Ledoux, and Lexi Negin, attorney for defendant Jennifer Lynn MacDougal, that the status conference hearing date of Monday, January 9, 2012, be vacated and a new status conference hearing date of Monday, March 12, 2012 at 9:30 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including March 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: December 30, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Jennifer MacDougal

 */s/ Lexi Negin for John Manning*
JOHN MANNING
Attorney for Duwayne Ledoux

BENJAMIN B. WAGNER
United States Attorney

 */s/ Lexi Negin for Jason Hitt*
JASON HITT
Assistant U.S. Attorney

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 30, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, January 9, 2012, be vacated and that the case be set for **Monday, March 12, 2012 at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: December 30, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE