1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LEXI NEGIN, Bar # 250376
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER LYNN MACDOUGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-339 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO** |
| v. | ) ) | **CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| DUWAYNE LEDOUX, JENNIFER LYNN MACDOUGAL | ) ) ) | Date: May 7, 2012 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, John Manning attorney for defendant Duwayne Ledoux, and Lexi Negin, Assistant Federal Defender, attorney for defendant Jennifer Lynn MacDougal, that the status conference hearing date of Monday, March 12, 2012, be vacated and a new status conference hearing date of Monday, May 7, 2012, at 9:30 a.m., be set.

The reason for this continuance is because the parties are still in the discovery process and discussing a potential resolution in the case.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including May 7, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)

///

///

///

1 [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the
2 continuance outweigh the best interest of the public and the defendant to a speedy trial.
3 Dated: March 5, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Jennifer MacDougal

*/s/ Lexi Negin for*
JOHN MANNING
Attorney for Duwayne Ledoux

Dated:   March 5, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lexi Negin for*
JASON HITT
Assistant U.S. Attorney

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 6, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, March 12, 2012, be vacated and that the case be set for **Monday, May 7, 2012 at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including May 7, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE