DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER LYNN MACDOUGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-11-339 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) ) | **TO VACATE STATUS CONFERENCE AND** |
| JENNIFER LYNN MACDOUGAL, | ) ) | **TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME** |
| Defendant. | ) ) ) | Date:  July 23, 2012<br>Time:  9:30 a.m.<br>Judge:  William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Lexi Negin, Assistant Federal Defender, attorney for defendant Jennifer Lynn MacDougal, that the status conference hearing date of Monday, July 9, 2012, be vacated and a change of plea hearing date of Monday, July 23, 2012, at 9:30 a.m., be set.

The reason for this continuance is because the parties continue to work diligently towards a resolution of the case.  This case will result in a plea but additional time is needed to work out the details.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including July 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)

/ / /

/ / /

/ / /

[reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  June 28, 2012

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  */s/ Lexi Negin*
                                  LEXI NEGIN
                                  Assistant Federal Defender
                                  Attorney for Jennifer MacDougal

Dated:   June 28, 2012                 BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Lexi Negin for*
                                  JASON HITT
                                  Assistant U.S. Attorney

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, July 9, 2012, be vacated and that the case be set for change of plea hearing on **Monday, July 23, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including July 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   June 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE