DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER LYNN MACDOUGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-11-339 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME** |
| JENNIFER LYNN MACDOUGAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Lexi Negin, Assistant Federal Defender, attorney for defendant JENNIFER LYNN MACDOUGAL, that the change of plea hearing scheduled for Monday, September 24, 2012, be vacated and a new change of plea hearing date of Monday, October 22, 2012, at 9:30 a.m., be set.

The reason for this continuance is because a proposed plea agreement is forthcoming from the government, and defense counsel needs additional time to review the plea agreement with the client once it is received.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including September 24, 2012, pursuant to 18 U.S.C.

///

///

1  §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be

2  served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

3  Dated:  September 20, 2012

4                                                                  Respectfully submitted,

5                                                                  DANIEL J. BRODERICK
                                                                   Federal Defender

6
                                                                   /s/ Lexi Negin
7                                                                  LEXI NEGIN
                                                                   Assistant Federal Defender
8                                                                  Attorney for Defendant
                                                                   JENNIFER MACDOUGAL
9

10 Dated:  September 20, 2012                                      BENJAMIN B. WAGNER
                                                                   United States Attorney
11
                                                                   /s/ Lexi Negin for
12                                                                 JASON HITT
                                                                   Assistant U.S. Attorney
13

14                                          **O R D E R**

15        Based on the reasons set forth in the stipulation of the parties filed on September 20, 2012, and good

16 cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY

17 ORDERED that the change of plea hearing currently scheduled for Monday, September 24, 2012, be vacated

18 and that the case be set for **Monday, October 22, 2012, at 9:30 a.m.**  The Court finds that the ends of justice

19 to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

20 trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be

21 commenced under the Speedy Trial Act is excluded during the time period of today's date, through and

22 including October 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the

23 need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

24
   Dated:  September 20, 2012
25

26  _____
    WILLIAM B. SHUBB
27  UNITED STATES DISTRICT JUDGE

28                                             2