BENJAMIN B. WAGNER
United States Attorney
JASON HITT
JEAN M. HOBLER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUWAYNE LEDOUX,<br><br>  Defendant. | 2:11-CR-00339-TLN<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Duwayne LeDoux, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

   a. One 1979 20' Aluminum Outboard Runabout/Skiff, Hull ID Number AKZC0710K900, Alaska Registration Number AK-3603-H, with Associated Trailer, and

   b. $19,700 in U.S. currency seized from LEDOUX's residence pursuant to a state search warrant.

2. The above-listed property constitutes property involved in and/or property traceable to violations of 21 U.S.C. § 841(a)(1) and 31 U.S.C. § 5324(a)(3).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and 31 U.S.C. § 5317(c)(1)(B), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

SO ORDERED this 1st day of December, 2015.

_____
Troy L. Nunley
United States District Judge